## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | * CASE NUMBER: 09-10102 ESL |
| CARLOS CRUZ MERCADO | * |
| DEBTOR(S) | * CHAPTER 13 (ASSET CASE) |

**MOTION FOR CONTINUANCE OF HEARING FOR RELIEF OF STAY UNDER 362 BY BANCO SANTANDER DE PUERTO RICO**

**TO THE HONORABLE COURT:**

COMES now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That on March 11th, 2011, the creditor Banco Santander de Puerto Rico filed a Motion for Relief from Stay.

2. Debtor represents that he is current and has requested an investigation from Santander but Santander has expressed not through cousel but through a representative by the name of Mrs. Providencia Perez with phone number 787-281-3137 to agree to the continuance of the hearing.

**WHEREFORE**, it is respectfully requested from this Honorable Court to GRANT the present Motion, therefore deny Banco Santander de Puerto Rico Motion for Relief of Stay under 362.

In San Juan, Puerto Rico, this 25th day of March, 2011.

**RESPECTFULLY SUBMITTED**

/S/Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

Case:09-10102-ESL13

I **HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**09-10102-ESL13 Notice will be electronically mailed to:**

JOSE F CARDONA JIMENEZ on behalf of Creditor BANCO SANTANDER PR
jf@cardonalaw.com, cardonalaw@prtc.net

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

VIVIAN ORTIZ PONCE on behalf of Creditor BANCO SANTANDER PR
vortiz@cardonalaw.com, vivian.ortiz@ymail.com

MARILYN VALDES ORTEGA on behalf of Debtor CARLOS CRUZ MERCADO
valdeslaw@prtc.net

ANGEL M. VAZQUEZ BAUZA on behalf of Creditor BANCO BILBAO VIZCAYA
avazquez@enrassociates.com, enrasoc@coqui.net

I **HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

09-10102 ESL **Notice will not be electronically mailed to:**

AT & T
PO BOX 15067
SAN JUAN, PR   00902-8567

BANCO SANTANDER
PO BOX 362589
SAN JUAN, PR   00936-2589

BBVA BANCO
PO BOX 364745
SAN JUAN, PR   00936-4745

CENTENIAL DE PUERTO RICO
PO BOX 71514
SAN JUAN, PR   00936

CINGULAR WIRELESS
P.O. BOX 192830
SAN JUAN, PR   00919-5369

CITICARDS
CENTRAILZED BANKRUPTCY
PO BOX 20507
KANSAS CITY, MO   64195

CITIFINANCIAL
RETAIL SERVICES DE PUERTO RICO
PO BOX 71398
SAN JUAN, PR   00936

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS, SD   57117-5524

INTERNAL REVENUE SERVICE
MERCANTIL PLAZA BLDG, ROOM 1014
2 PONCE DE LEON AVE.   STOP 27 1/2
SAN JUAN, PR   00918-1693

U.S. DEPARTMENT OF EDUCATTION
PO BOX 5609
GREENVILLE, TX   75403