UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: CARLOS FRANCISCO CRUZ MERCADO
Case Number: 09-10102-ESL13          Chapter: 13
Date / Time / Room: 4/5/2011 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: EVANGELINA MENDEZ
Reporter / ECR: LOURDES ALVAREZ

## Matter:

Doc# 23 Motion for Relief From Stay Under 362 filed by Banco Santander PR
Doc# 28 Debtor's answer

## Appearances:

JOSE RAMON CARRION MORALES   J. Pérez
MARILYN VALDES ORTEGA - DEBTOR
VIVIAN ORTIZ PONCE- BANCO SANTANDER PR

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
    ____curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other: Final Hearing scheduled for 5/3/11 at 9:00 AM
Movant waives 30 day determination period.
            V. Ortiz Ponce /BSPR

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge