# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: CARLOS FRANCISCO CRUZ MERCADO
**Case Number**: 09-10102-ESL13      **Chapter**: 13
**Date / Time / Room**: 5/3/2011 9:00 AM eslcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: EVANGELINA MENDEZ

**Reporter / ECR**:

### Matter:

Doc# 23 FINAL HEARING on Motion for Relief From Stay Under 362 filed by Banco Santander PR
Doc# 28 Debtor's answer

### Appearances:

JOSE RAMON CARRION MORALES
MARILYN VALDES ORTEGA
VIVIAN ORTIZ PONCE

*[handwritten notes: N. Goldman; 5 months; Arrears: 4/9/11 @ $5/3m.]*

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

__X__ Debtor shall provide adequate protection to movant by:
__X__ curing the arrears within __90__ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge